JOHN DE HAAS, RELATOR v. NEWAYGO CIRCUIT JUDGE.

*Settlement of case after resignation of trial judge.*

Mandamus to settle a case for review will not issue to a judge who has resigned since filing his answer to the order to show cause. Relief should be asked from his successor.

Mandamus. Motion submitted April 6. Denied April 13.

*Ed. E. Edwards* and *A. G. Day* for relator.

MARSTON, C. J. We are of opinion that the circuit judge should have settled a case for review in this court, but as he has since the answer was filed resigned, the writ as prayed for cannot be issued. The relator should apply to the present circuit judge for relief, who undoubtedly would grant a new trial, if upon examination he became satisfied that justice would be advanced thereby.

The other Justices concurred.